UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARNELL HUNT,<br><br>         Plaintiff,<br><br>     v.<br><br>GEICO,<br><br>         Defendant. | No. 2:25-cv-1565-DJC AC PS<br><br><br>ORDER |

Plaintiff is proceeding in this action in pro se. The action was accordingly referred to the undersigned for pretrial matters by E.D. Cal. R. ("Local Rule") 302(c)(21). This action was removed from San Joaquin County Superior Court on June 4, 2025. ECF No. 1. On June 11, 2025, defendant filed a motion to dismiss set to be heard on July 30, 2025. ECF No. 3. Pursuant to Local Rule 230(c), plaintiff was required to file an opposition or notice of non-opposition within 14 days of the motion being filed. In this case, the deadline was June 25, 2025. Plaintiff did not file an opposition or statement of non-opposition.

Good cause appearing, IT IS HEREBY ORDERED that the hearing date of July 30, 2025 is VACATED to be re-set as necessary. Plaintiff shall show cause, in writing, within 14 days, why the failure to respond to the pending motion should not result in a recommendation that this case be dismissed for failure to prosecute. The filing of an opposition or statement of non-opposition within this timeframe will serve as cause and will discharge this order. If plaintiff fails

1

to respond, the undersigned will recommend that this case be dismissed for failure to prosecute pursuant to Local Rule 110.

IT IS SO ORDRED.

DATED: June 26, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2